**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No.   3:19-cr-20(S1)-MMH-JK

PAUL BERKINS MOISE

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion for an Extension of Time in Which to Surrender for Service of Sentence (Dkt. No. 134; Motion) filed on November 14, 2021.  In the Motion, Defendant requests an order extending the date for him to self-surrender for service of his sentence from November 29, 2021, to January 28, 2022.  See Motion at 1.  The United States does not object to the relief requested in the Motion.  See United States' Response to Defendant's Motion for Extension of Time to Surrender for Service of Sentence (Dkt. No. 135; Response).  Upon review of the Motion and Response, it is hereby

**ORDERED:**

1. Defendant's Motion for an Extension of Time in Which to Surrender for Service of Sentence (Dkt. No. 134) is **GRANTED**.

2. Defendant shall surrender for service of his sentence at the institution designated by the Bureau of Prisons **no later than January 28, 2022**.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of November, 2021.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:
Counsel of Record
U.S. Marshals Service